# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SUZETTE BENET, ADMINISTRATOR OF THE ESTATE OF GILBERTO ALVAREZ, | : | No. 840 MAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| LLOYD THOMAS, HAYDEN THOMAS AND/OR THE OUTDOORSMAN INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.